Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**PAu 3-480-515**

Effective date of registration:
July 26, 2010

---

**Title**
    **Title of Work:** Inseparable

**Completion/Publication**
    **Year of Completion:** 2010

**Author**
    • **Author:** Inseparable Prez LLC
    **Author Created:** editing/editor, direction/director, script/screenplay, production/producer, entire motion picture, cinematography/cinematographer
    **Work made for hire:** Yes
    **Citizen of:** United States      **Domiciled in:** United States

**Copyright claimant**
    **Copyright Claimant:** Inseparable Prez LLC
    2013 S. Westgate Ave, Los Angeles, CA, 90025, United States

**Rights and Permissions**
    **Organization Name:** Inseparable Prezz LLC
    **Telephone:** 310-481-0914
    **Address:** 2013 S. Westgate Ave
    Los Angeles, CA 90025 United States

**Certification**
    **Name:** Inseparable Prez LLC
    **Date:** July 26, 2010

---

**Copyright Office notes:** Regarding author information: Deposit is a screenplay.



Page 1 of 1